**No. 10-9362. Edgar Ernesto Sanchez-Estrada, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1839, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2785.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 428.